UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BRITTANY WILSON, AS PARENT, GUARDIAN AND
NEXT FRIEND OF J.T., A MINOR                                        PLAINTIFF

V.                                               CIVIL ACTION NO. 4:26-cv-77-DMB-JMV

GREENVILLE PUBLIC SCHOOL DISTRICT, ET AL.                          DEFENDANTS

**ORDER REQUIRING COMPLIANCE WITH FED. R. CIV. P. 5.2(a)(3) AND SECTION 9
OF THE ADMINISTRATIVE PROCEDURES FOR ELECTRONIC CASE FILING FOR
THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

This matter is before the Court, *sua sponte*, because Fed. R. Civ. P. 5.2(a)(3) and the administrative procedures of this Court instruct that if the involvement of a minor child must be mentioned in a document filed, only the initials of the minor child should be used. Filings on the docket reflect noncompliance with such instruction. All filers of documents in this case must reference the minor by initials only in all future filings, and the clerk's office is instructed to revise the docket to identify the minor plaintiff by initials only.

SO ORDERED, this the 6th day of July, 2026.

*/s/ Jane M. Virden*
UNITED STATES MAGISTRATE JUDGE

1